1054

[No. 32014-6-III.   Division Three.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMIAN T. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-01087-0, Gregory D. Sypolt, J., entered October 17, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 30979-7-III.   Division Three.   December 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE STRATTON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50051-6, Craig J. Matheson, J., entered July 10, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 68347-1-I.   Division One.   December 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TAD JARED VANKIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00705-5, LeRoy McCullough, J., entered February 21, 2012. *Affirmed* by unpublished per curiam opinion.

[Nos. 69920-2-I; 70420-6-I.   Division One.   December 8, 2014.]

*In the Matter of the Marriage of* THERESA IBRAHIM GOHAR, *Appellant*, and SAMIR GOHAR, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 12-3-00776-6, Richard T. Okrent J., entered January 9, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Trickey, JJ.